STEPHEN FISKE et al., Individually and as Executors of and Trustees under the Will of GUNNING S. BEDFORD, 2D, Deceased, Respondents, *v.* MARY E. WRIGHT et al., Respondents, and FREDERIC D. WELLS, as Administrator of the Estate of GUNNING S. BEDFORD, 3D, and Executor of HELEN M. BEDFORD, Deceased, Appellant.

*Fiske* v. *Wright,* 118 App. Div. 909, affirmed.
(Argued February 24, 1909; decided March 16, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 29, 1907, affirming a judgment entered upon the report

of a referee in an action to procure a final judicial settlement of the accounts of the executors of and trustees under the will of Gunning S. Bedford, 2d, deceased.

*O. J. Wells* for appellant.

*Franklin W. M. Cutcheon, Frederic R. Coudert, Tompkins McIlvaine, Howard Thayer Kingsbury* and *Augustine L. Humes* for respondents.

Judgment affirmed, with one bill of costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.